# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KATRINA HILLS

VERSUS

SHERIFF SID J. GAUTREAUX, III

NO.   2024 CW 0117

**APRIL 4, 2024**

---

In Re:   Sid J. Gautreaux, III, Sheriff of East Baton Rouge Parish, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 697146.

---

**BEFORE:   WELCH, WOLFE, AND STROMBERG, JJ.**

**WRIT DENIED.**

**EW**
**TPS**

   **Welch, J.,** dissents and would issue a notice of briefing schedule pursuant to La. Code Civ. P. art. 966 (H).

COURT OF APPEAL, FIRST CIRCUIT



DEPUTY CLERK OF COURT
FOR THE COURT